**MERRELL, Director of Highways v P U C**

Ohio Supreme Court

No. 23039. Decided Dec 16, 1931

Marshall, CJ, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**

**McCORMICK v McCORMICK**

Ohio Supreme Court
No. 23113. Decided Dec 16, 1931

Marshall, CJ, Jones, Day and Kinkade, JJ, concur. Robinson, J, dissents. Matthias, J, not participating.
Full opinion will be published later. Watch **Omnibus Index.**

**CROWLEY, Admr v CROWLEY, et**

Ohio Supreme Court

No. 23000. Decided Dec 16, 1931

Jones, Matthias, Day, Allen, Kinkade and Robinson, JJ, concur.
Full opinion will be published later. Watch **Omnibus Index.**